IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CHOUPIETE P. CASSEUS,

    Petitioner,

v.                                                                    CASE NO. 1:11-cv-4-MP-GRJ

SECRETARY,
DEPARTMENT OF CORRECTIONS,

    Respondent.
_____/

# O R D E R

This matter is before the Court on Doc. 7, Respondent's first motion for an extension of time to respond to the Petition due to exigent circumstances.

Upon due consideration, it is **ORDERED:**

1. That the motion, Doc. 7, is **GRANTED.** Respondent shall respond to the Petition **on or before June 13, 2011.**

2. Petitioner shall have until **July 13, 2011**, to file a reply, if any.

**DONE AND ORDERED** this 12th day of April 2011.

                                        *s/ Gary R. Jones*
                                        GARY R. JONES
                                        United States Magistrate Judge