IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CHOUPIETE P. CASSEUS,

    Petitioner,

v.                                                          CASE NO. 1:11-cv-4-MP-GRJ

SECRETARY,
DEPARTMENT OF CORRECTIONS,

    Respondent.
_____/

**O R D E R**

This matter is before the Court on Doc. 9, Respondent's second motion for an extension of time to respond to the Petition due to counsel's workload.  Respondent requests an extension of time up to and including July 28, 2011.

Upon due consideration, it is **ORDERED:**

1.  That the motion, Doc. 9, is **GRANTED.**  Respondent shall respond to the Petition **on or before July 28, 2011.**

2.  Petitioner shall have until **August 29, 2011**, to file a reply, if any.

**DONE AND ORDERED** this 14th day of June 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge