IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CHOUPIETE P. CASSEUS,

    Petitioner,

v.                                                                                                     CASE NO. 1:11cv4-MP-GRJ

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.

_____/

## O R D E R

    This matter is before the court on petitioner's motion for extension of time to file response to the Report and Recommendation of the Magistrate Judge. (Doc. 16). Considering the facts and law pertinent to this petition and the amount of time petitioner has had to object to the Report and Recommendation, the motion for extension of time is GRANTED in part. Petitioner shall have until March 30, 2012, to file objections to the Report and Recommendation.

    **DONE and ORDERED** this 22nd day of March, 2012.

                                *s/ M. Casey Rodgers*
                                **M. CASEY RODGERS**
                                **CHIEF UNITED STATES DISTRICT JUDGE**