IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CHOUPIETE P. CASSEUS,

    Petitioner,

v.                                                 CASE NO. 1:11cv4-MP-GRJ

SECRETARY, DEPT. OF
CORRECTIONS,

    Respondent.

_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 24, 2012.  (Doc. 15).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.   The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.   The motion to dismiss the petition as time-barred (doc. 11) is GRANTED, and this case is DISMISSED WITH PREJUDICE.

    3.  Pursuant to § 2254 Rule 11, a certificate of appealability is DENIED.

    **DONE and ORDERED** this 2nd day of May, 2012.

                                                              *s/ M. Casey Rodgers*
                                                              **M. CASEY RODGERS**
                                                              **CHIEF UNITED STATES DISTRICT JUDGE**